MICHELE BECKWITH
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>RAMESH KUMAR BIRLA JR.,<br><br>                Defendant. | CASE NO. 2:23-CR-00094-DJC-2<br><br>STIPULATION REGARDING A JOINT REQUEST TO CONTINUE HEARING ON DEFENDANT BIRLA'S REQUEST FOR TEMPORARY RELEASE; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: February 20, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is currently set for a hearing on February 20, 2025, at 2:00 p.m., before Magistrate Judge Jeremy D. Peterson, regarding the defendant's motion for temporary release. ECF No. 103.

2. This Court has already excluded time as to Defendants Birla and Shaminderjit Singh Sandhu until April 10, 2025. ECF No. 94.

3. The parties hereby request to continue this motion hearing to February 27, 2025, at 2:00 pm, before Magistrate Judge Sean C. Riordan.

//
//

IT IS SO STIPULATED.

Dated: February 19, 2025                    MICHELE BECKWITH
                                            Acting United States Attorney

                                            /s/ ADRIAN T. KINSELLA
                                            ADRIAN T. KINSELLA
                                            Assistant United States Attorney

Dated: February 19, 2025                    /s/ TONI WHITE
                                            TONI WHITE
                                            Counsel for Defendant
                                            RAMESH KUMAR BIRLA JR.

## [~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 19th day of February, 2025.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING CONTINUANCE OF MOTION
HEARING; [~~PROPOSED~~] FINDINGS AND ORDER

2