TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
RAMESH BIRLA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMESH BIRLA, <br><br> Defendant. | No. 2:23-CR-00094 DJC <br><br> [~~PROPOSED~~] **ORDER SEALING EXHIBIT A TO DEFENDANT'S MOTION FOR DAY PASS** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Ramesh Birla, IT IS HEREBY ORDERED that Exhibit A to Defendant's Motion for Day Pass, along with defendant's Request to Seal, shall be SEALED until further order of this Court.

Dated: February 20, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE