IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH BIRLA,<br><br>Defendant. | No. 2:23-CR-00094 DJC<br><br>**ORDER FOR TEMPORARY RELEASE OF DEFENDANT FOR MEDICAL APPOINTMENTS** |

On February 27, 2025, the undersigned granted Defendant Ramesh Birla's motion for temporary release, with that temporary release to be effected after further planning for Mr. Birla's medical appointments. Based upon the plan submitted at ECF No. 121-1, IT IS HEREBY ORDERED that:

1. Mr. Birla be released to the custody of defense investigator Larry Menard on March 17, 2025 at 9:00 a.m. for attendance at medical appointments that day.

2. Mr. Birla be returned to the Sacramento County Jail no later than 7:00 p.m.

3. Mr. Menard ensure that Mr. Birla does not have access to a telephone or other communications device during his temporary release.

SO ORDERED.

Dated: March 12, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE