1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  P.O. Box 1068
   Placerville, CA  95667
3  Telephone:  (530) 885-6244

4

5  Attorney for Defendant
   RAMESH BIRLA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00094 DJC
12 |         Plaintiff,        |
13 | v.                        | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**
14 | RAMESH BIRLA,             |
15 |         Defendant         |

16

17    Defendant RAMESH BIRLA, by and through his counsel of record, TONI WHITE, and the

18 GOVERNMENT, by and through Assistant United States Attorney ADRIAN KINSELLA hereby

19 stipulate as follows:

20    1.   By previous order, this matter was set for status conference on July 31, 2025.

21    2.   By this stipulation, defendant now moves to continue the status conference until

22         October 23, 2025, and to exclude time between July 31, 2025 and October 23, 2025,

23         under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

24    3.   The parties agree and stipulate, and request that the Court find the following:

25         a) Discovery associated with this case includes over 35 gigabytes of evidence in

26            electronic form, including: investigative reports and related documents, covertly

27            recorded videos, pictures, and calls; recorded statements by the defendants and

28            other witnesses, and other evidence. Many of the audio recordings are in the

Punjabi language. Additional discovery, released just prior to the last status conference, consisted of data and downloads of multiple cell phones. Lastly, the Government has represented that there is additional discovery to be provided, although it will not be voluminous.

    b) The Government does not object to the continuance.

    c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 31, 2025 to October 23, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within which trial must begin.

IT IS SO STIPULATED.

Dated:  July 25, 2025                                    KIMBERLY A. SANCHEZ
                                                                    Acting United States Attorney

                                                   By:     */s/ Adrian Kinsella*
                                                                    ADRIAN KINSELLA
                                                                    Assistant U.S. Attorney

                                                                    For the United States

Dated:  July 25, 2025                                    By:     */s/ Toni White*
                                                                    TONI WHITE

                                                                    For Defendant Ramesh Birla

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: July 25, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3