TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
RAMESH BIRLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>RAMESH BIRLA,<br><br>                    Defendant | CASE NO. 2:23-CR-00094 DJC<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE ORDER** |

   Defendant RAMESH BIRLA, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney ADRIAN KINSELLA hereby stipulate as follows:

   1.   By previous order, this matter was set for status conference on October 23, 2025.

   2.   By this stipulation, defendant now moves to continue the status conference until December 11, 2025, at 9:00 a.m., and to exclude time between October 23, 2025 and December 11, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

   3.   The parties agree and stipulate, and request that the Court find the following:

   a) Discovery associated with this case includes over 35 gigabytes of evidence in electronic form, including: investigative reports and related documents, covertly recorded videos, pictures, and calls; recorded statements by the defendants and other witnesses, and other evidence. Many of the audio recordings are in the

1

Punjabi language. Additional discovery consists of data and downloads of multiple cell phones. Defense counsel has represented that she needs the aid of two experts in case evaluation and preparation for trial and that neither expert is available until CJA funding is restored. As such, additional time is needed to evaluate potential defenses and prepare for trial or resolution.

b) The Government does not object to the continuance.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2025 to December 11, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within which trial must begin.

IT IS SO STIPULATED.

Dated:  October 19, 2025            ERIC GRANT
                                    United States Attorney

                            By:     */s/ Adrian Kinsella*
                                    ADRIAN KINSELLA
                                    Assistant U.S. Attorney

                                    For the United States

| | |
|---|---|
| Dated: October 19, 2025 | By:   */s/ Toni White* <br> TONI WHITE <br><br> For Defendant Ramesh Birla |

# **O R D E R**

IT IS SO FOUND AND ORDERED this 20th day of October, 2025.

| | |
|---|---|
| Dated: October 20, 2025 | /s/ Daniel J. Calabretta <br> THE HONORABLE DANIEL J. CALABRETTA <br> UNITED STATES DISTRICT JUDGE |

3