TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
RAMESH BIRLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00094 DJC |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| v. | |
| RAMESH BIRLA, | |
| Defendant | |

Defendant RAMESH BIRLA, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney ADRIAN KINSELLA hereby stipulate as follows:

1.    By previous order, this matter was set for status conference on December 11, 2025.

2.    By this stipulation, defendant now moves to continue the status conference until February 12, 2026, at 9:00 AM, and to exclude time between December 11, 2025 and February 12, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.    The parties agree and stipulate, and request that the Court find the following:

   a)   Discovery associated with this case includes over 35 gigabytes of evidence in electronic form, including: investigative reports and related documents, covertly recorded videos, pictures, and calls; recorded statements by the defendants and other witnesses, and other evidence. Many of the audio recordings are in the

1

Punjabi language. Additional discovery consisted of data and downloads of multiple cell phones. The defense team has outstanding investigation in progress and needs additional time to complete those tasks.

b) The  Government does not object to the continuance.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2025 to February 12, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within which trial must begin.

IT IS SO STIPULATED.

Dated:  December 8, 2026              ERIC GRANT
                                      United States Attorney

                              By:     */s/ Adrian Kinsella*
                                      ADRIAN KINSELLA
                                      Assistant U.S. Attorney

                                      For the United States


Dated:  December 8, 2026      By:     */s/ Toni White*
                                      TONI WHITE

                                      For Defendant Ramesh Birla

**O R D E R**

IT IS SO FOUND AND ORDERED this 8th day of December, 2025.


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE