TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
RAMESH BIRLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00094 DJC |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| RAMESH BIRLA, | |
| Defendant | |

Defendant RAMESH BIRLA, by and through his counsel of record, TONI WHITE, and the

GOVERNMENT, by and through Assistant United States Attorney ADRIAN KINSELLA hereby

stipulate as follows:

1.     By previous order, this matter was set for status conference on February 12, 2026.

2.     By this stipulation, defendant now moves to continue the status conference until April 23, 2026, at 9:00 a.m., and to exclude time between February 12, 2026 and April 23, 2026 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.     The parties agree and stipulate, and request that the Court find the following:

a)  Discovery associated with this case includes over 35 gigabytes of evidence in electronic form, including: investigative reports and related documents, covertly

1

recorded videos, pictures, and calls; recorded statements by the defendants and other witnesses, and other evidence. Many of the audio recordings are in the Punjabi language. Additional discovery consisted of data and downloads of multiple cell phones. The defense team has outstanding investigation in progress and needs additional time to complete those tasks. Within the last two weeks, the defense has found an investigative lead that may be especially impactful. The process of following up with multiple interviews on this new lead is ongoing. The defense has advised the Government of the existence of the ongoing investigation and has been working diligently.

b) The Government does not object to the continuance.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 12, 2026 to April 23, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within which trial must begin.

2

IT IS SO STIPULATED.

Dated:  February 9, 2026                    ERIC GRANT
                                            United States Attorney

                                    By:     */s/ Adrian Kinsella*
                                            ADRIAN KINSELLA
                                            Assistant U.S. Attorney

                                            For the United States


Dated:  February 9, 2026            By:     */s/ Toni White*
                                            TONI WHITE

                                            For Defendant Ramesh Birla



O R D E R

IT IS SO FOUND AND ORDERED this 9th day of February 2026.


Dated: February 9, 2026                     /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

3