TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
RAMESH BIRLA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:23-CR-00094 DJC |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER SEALING |
| v. ) | EXHIBIT A TO DEFENDANT'S BAIL MOTION |
| RAMESH BIRLA, ) | |
| Defendant. ) | |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Ramesh Birla, IT IS HEREBY ORDERED that exhibit A to defendant's bail motion, ~~along with defendant's Request to Seal,~~ shall be SEALED until further order of this Court.[1]

Dated: April 15, 2026

_allison Clarie_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Because the Request to Seal does not itself reveal any confidential information, but describes Exhibit A in the same general terms used in the Notice of Request to Seal at ECF No. 202, it shall not be filed under seal.

1