TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
RAMESH BIRLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>RAMESH BIRLA,<br><br>                        Defendant | CASE NO. 2:23-CR-00094-DJC-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |

Defendant RAMESH BIRLA, by and through his counsel of record, TONI WHITE, and the

GOVERNMENT, by and through Assistant United States Attorney ADRIAN KINSELLA hereby

stipulate as follows:

1.    By previous order, this matter was set for status conference on April 23, 2026.

2.    By this stipulation, defendant now moves to continue the status conference until May 7, 2026, at 9:00 a.m., and to exclude time between April 23, 2026 and May 7, 2026 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.    The parties agree and stipulate, and request that the Court find the following:

    a)    Discovery associated with this case includes over 35 gigabytes of evidence in electronic form, including: investigative reports and related documents, covertly

1

recorded videos, pictures, and calls; recorded statements by the defendants and other witnesses, and other evidence. Many of the audio recordings are in the Punjabi language. Additional discovery consisted of data and downloads of multiple cell phones. The defense team has outstanding investigation in progress and needs additional time to complete those tasks. The process of following up with multiple interviews on this new lead is ongoing.

b)  Defense counsel has been suffering from temporary illness, is recovering but has not been able to attend a planned jail visit with Mr. Birla. This visit is necessary to advise Mr. Birla of the results of investigation, as well as how it fits within any possible defense. A short continuance is needed to allow defense counsel to recover and attend the jail visit.

c)  The  Government does not object to the continuance.

d)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2026 to May 7, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within

2

which trial must begin.

IT IS SO STIPULATED.

Dated:  April 20, 2026                    ERIC GRANT
                                          United States Attorney

                                 By:    /s/ Adrian Kinsella
                                          ADRIAN KINSELLA
                                          Assistant U.S. Attorney

                                          For the United States


Dated:  April 20, 2026           By:    /s/ Toni White
                                          TONI WHITE

                                          For Defendant Ramesh Birla


O R D E R

IT IS SO FOUND AND ORDERED this  20th day of April, 2026.


Dated: April 20, 2026                     /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE