TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
RAMESH BIRLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00094-DJC-2 |
|           Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| RAMESH BIRLA, | |
|           Defendant | |

1

Defendant RAMESH BIRLA, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney ADRIAN KINSELLA hereby stipulate as follows:

1.    By previous order, this matter was set for status conference on May 7, 2026.

2.    By this stipulation, defendant now moves to continue the status conference until June 25, 2026, at 9:00 a.m., and to exclude time between May 7, 2026 and June 25, 2026 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.    The parties agree and stipulate, and request that the Court find the following:

a)    Discovery associated with this case includes over 35 gigabytes of evidence in electronic form, including: investigative reports and related documents, covertly recorded videos, pictures, and calls; recorded statements by the defendants and other witnesses, and other evidence. Many of the audio recordings are in the Punjabi language. Additional discovery consisted of data and downloads of multiple cell phones. The defense team has been conducting ongoing investigation. Information from that investigation has been provided to the Government. The Government is in the process of corroborating the information provided to it. More time is needed for the Government to evaluate this new information. Additionally, defense investigation remains ongoing.

b)    The Government does not object to the continuance.

c)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 7, 2026 to June 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the

best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within which trial must begin.

IT IS SO STIPULATED.

Dated:  May 4, 2026                    ERIC GRANT
                                       United States Attorney

                               By:     /s/ Adrian Kinsella
                                       ADRIAN KINSELLA
                                       Assistant U.S. Attorney

                                       For the United States


Dated:  May 4, 2026            By:     /s/ Toni White
                                       TONI WHITE

                                       For Defendant Ramesh Birla


**O R D E R**

The Court GRANTS the parties' stipulation and expects the parties to appear on June 25, 2026, at 9:00 a.m., absent good cause, with compelling circumstances shown.

IT IS SO FOUND AND ORDERED this 4th day of May, 2026.


                                       /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE

3