TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
RAMESH BIRLA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RAMESH BIRLA,<br><br>      Defendant. | No. 2:23-CR-00094 DJC<br><br>**[PROPOSED] ORDER SEALING EXHIBIT B TO DEFENDANT'S BAIL MOTION ECF 201** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Ramesh Birla, IT IS HEREBY ORDERED that exhibit B to defendant's bail motion filed at ECF 201, along with defendant's Request to Seal, shall be SEALED until further order of this Court.

Dated: May 27, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1