TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
RAMESH BIRLA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-CR-00094 DJC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER SEALING EXHIBITS A AND B TO DEFENDANT'S REPLY BRIEF AND GOVERNMENT'S FILING AT ECF NO 224** |
| RAMESH BIRLA, | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Ramesh Birla, IT IS HEREBY ORDERED that exhibits A and B to defendant's reply brief and the filing at ECF No. 224, along with defendant's Request to Seal, shall be SEALED until further order of this Court.

Dated: June 10, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1