TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
RAMESH BIRLA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH BIRLA,<br><br>Defendant. | No. 2:23-CR-00094 DJC<br><br>**[~~PROPOSED~~] ORDER SEALING EXHIBITS A-C and E-G TO DEFENDANT'S BAIL MOTION** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Ramesh Birla, IT IS HEREBY ORDERED that exhibits A through C and E through G to defendant's bail motion, along with defendant's Request to Seal, shall be SEALED until further order of this Court.

Dated: August 9, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE