TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
RAMESH BIRLA

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAMESH BIRLA,<br>Defendant. | Case No.: 2:23-CR-00094-DJC-2<br><br>**ORDER SEALING EXHIBIT A TO DEFENDANT'S MOTION FOR REVOCATION OF MAGISTRATE ORDER DENYING HIS BAIL MOTION** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Ramesh Birla, IT IS HEREBY ORDERED that exhibit A to defendant's motion for revocation of magistrate order denying his bail motion, along with defendant's Request to Seal, shall be SEALED until further order of this Court.

Dated: September 1, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE